Melanie MARSHALL, Appellant,

v.

**STATE FARM MUTUAL INSURANCE COMPANY, Respondent.**

**No. WD 54538.**

Missouri Court of Appeals,
Western District.

March 24, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Mark D. Pfeiffer, Columbia, for Appellant.

Jeffrey O. Parshall, Columbia, for Respondent.

Before ULRICH, C.J., P.J., and HANNA and HOWARD, JJ.

**ORDER**

PER CURIAM.

Appeal from a summary judgment in an uninsured motorist coverage case.

Affirmed. Rule 84.16(b).